IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ERIC SHAW                                                                                          PLAINTIFF

v.                                         Cause No. 6:19-cv-06121

JASON STACHEY
*Chief of Police Hot Springs*                                                           DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and Motion for Service. ECF No. 2. The Court has reviewed the IFP application and finds it should be **GRANTED.**

The Court also **GRANTS** Plaintiff's Motion for Service.

This Court directs the U.S. Marshal to serve a copy of the Complaint filed on October 17, 2019 (ECF No. 1) and a copy of this order on Defendant by serving Defendant at the follow addresses:

> Jason Stachey
> Chief of Police Hot Springs Police Department
> 641 Malvern Ave
> Hot Springs, AR 71901

without prepayment of fees and costs or security thereof. Defendant is ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and a USM 285.

**IT IS SO ORDERED this 17th day of October 2019.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE