IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ERIC SHAW                                      PLAINTIFF

v.                Case No. 6:19-cv-6121

CHIEF OF POLICE JASON STACHEY
(Hot Springs Police Department)                        DEFENDANT

## ORDER

      Before the Court is the Report and Recommendation filed June 22, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 23.  Judge Bryant recommends that Plaintiff's complaint be dismissed for failure to obey an order of the Court, failure to comply with the Court's Local Rules, and failure to prosecute this case.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 13th day of July, 2020.

                                                /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                Chief United States District Judge